### Jose Trevino v. Santiago Garza.

(No. 1396, Op. Book No. 2, p. 683.)

Error from Webb County. Opinion by Willson, J.

§ 821. *Citation; service of, must be five days before return day.* Citation was served on defendant January 13, 1882, returnable on the 16th of January, 1882, and on the 18th of January, 1882, judgment by default was rendered upon such service. *Held* error. The judgment by default was prematurely rendered. Five days, exclusive of the day of service and the return day, had not elapsed. [R. S. 1228, 1245, 1281, 1282.]

January 31, 1883.     Reversed and remanded.